

1   LAW OFFICE OF MICHAEL J. CURLS
    MICHAEL J. CURLS (SBN 159651), mjcurls@ca.rr.com
2   NICHELLE D. JONES (SBN 186308)
    4340 Leimert Boulevard, Suite 200
3   Los Angeles, California 90008
    Telephone: (323) 293-2314
4   Facsimile: (323) 293-2350

5   Attorneys for Plaintiff
    JASON HARDIMAN
6
7   MITCHELL SILBERBERG & KNUPP LLP
    SAMANTHA C. GRANT (SBN 198130), scg@msk.com
    11377 West Olympic Boulevard
8   Los Angeles, California 90064-1683
    Telephone: (310) 312-2000
9   Facsimile: (310) 312-3100

10  ICE MILLER LLP
    DAVID J. CARR (*pro hac vice*)
11  david.carr@icemiller.com
    PAUL C. SWEENEY (*pro hac vice*)
12  paul.sweeney@icemiller.com
    One American Square, Suite 2900
13  Indianapolis, Indiana 46282
    Telephone: (317) 236-2100
14  Facsimile: (317) 236-2219

15  Attorneys for Defendants
    FRONTIER AIRLINES, INC. and
16  RICHARD APPELL (erroneously
    identified as, "RICHARD APPEL")
17

18

19              UNITED STATES DISTRICT COURT

20            CENTRAL DISTRICT OF CALIFORNIA

21  JASON HARDIMAN,               CASE NO.  CV11-04455 SVW (AJWx)

22          Plaintiff,            [PROPOSED] ORDER OF
                                  DISMISSAL WITH PREJUDICE
23       v.

24  FRONTIER AIRLINES, INC., a
    Colorado Corporation; RICHARD
25  APPEL, an individual and DOES 1
    through 25, inclusive,
26
            Defendants.
27

28

Mitchell
Silberberg &
Knupp LLP

4217295.1

FILED
CLERK U.S. DISTRICT COURT

NOV 2 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

1    Pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure

2    and the stipulation of voluntary dismissal between Plaintiff Jason Hardiman and

3    Defendants Frontier Airlines, Inc. and Richard Appell (erroneously sued as Richard

4    Appel), it hereby is ORDERED that this Action, and each of the claims set forth

5    therein are hereby dismissed in their entirety with prejudice.  Each party shall bear

6    his/its own costs and attorneys' fees.

7

8    DATED: _____          _____

9                                    Honorable Stephen V. Wilson
                                     United States District Court
10                                   Central District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

4217295.1

---
1

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE